| | | | | |
|---|---|---|---|---|
| Gann v. State | 82A04–1608–CR–1999 | 03/07/2017 | FRIEDLANDER, Sr.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Fox v. Fox | 35A02–1607–DR–1675 | 03/07/2017 | BAKER, J. | Reversed, affirmed, and remanded with instructions |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Kelley v. Kelley | 45A04–1607–DR–1705 | 03/07/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Crockett v. State | 71A03–1605–CR–1177 | 03/07/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Jewell v. State | 47A01–1610–CR–2330 | 03/07/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Southern Indiana Gas & Electric Company v. Indiana Utility Regulatory Commission | 93A02–1604–EX–914 | 03/07/2017 | CRONE, J. | Reversed and remanded |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Scoggins v. State | 45A03–1608–CR–1902 | 03/07/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Harris v. State | 32A01–1609–CR–2112 | 03/07/2017 | ROBB, J. | Reversed and remanded |
| | | | BARNES, J. | Concurs |
| | | | KIRSCH, J. | Dissents |
| Curtis v. State | 45A04–1610–CR–2360 | 03/07/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Allen v. State | 87A05–1606–CR–1277 | 03/07/2017 | BAKER, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | ALTICE, J. | Concurs |